## THOMPSON-PARKER HOLDING COMPANY v. GUNNAR B. BJORNSON AND OTHERS.[1]

March 23, 1934.

No. 29,972.

*Harry H. Peterson,* Attorney General, *William S. Ervin* and *David J. Erickson,* Assistant Attorneys General, and *Joseph M. Donahue,* for appellants.

*Fowler, Carlson, Furber & Johnson* and *G. A. Youngquist,* for respondent.

*PER CURIAM.*

This case is controlled by Reed v. Bjornson, 191 Minn. 254, 253 N. W. 102. The income tax feature of the case necessarily goes the same way, and the objections to the progressive or graduated features of the corporation tax necessarily yield to the same conclusions in regard to the legislature's powers of classification.

Order reversed.

[1] Reported in 253 N. W. 110.